**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**THE FISHING RIGHTS ALLIANCE, INC.,**

    Plaintiff,

v.                                                                        CASE NO: 8:09-CV-1544-T-30AEP

**THE NATIONAL MARINE FISHERIES SERVICE,**

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon the parties' Stipulation of Dismissal (Dkt. #50). In accordance with this Court's Order granting Defendant's Cross-Motion for Summary Judgment issued September 6, 2011 (Dkt. No. 46), pursuant to Fed. R. Civ. P. 58, it is hereby

ORDERED that judgment is entered in favor of Defendant as to Plaintiff's claims for relief concerning the Marine Recreational Fishing Statistical Survey ("MRFSS"), i.e., Amended Complaint (Dkt. No. 9) ¶¶ 42, 44, and 49. Pursuant to the Stipulation of Dismissal, any remaining claims not resolved by this Court's September 6, 2011 Order are hereby DISMISSED, with the parties to bear their own costs and attorney's fees. The Clerk is directed to close this file.

**DONE and ORDERED** in Tampa, Florida on October 18, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-1544 dismiss 50.docx